UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DIEGO GLOZMAN FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | 26-mc-445 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Having heard nothing more from petitioner, the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: November 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge